Writ of Mandamus Denied, Opinion issued August 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01195-CV

## IN RE CASSIE COOPER, Relator

Original Proceeding from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-05628

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Lang

Relator contends the trial judge abused her discretion by denying relator's motion to strike the intervention of paternal grandparents, ordering possession of and access to the child by the paternal grandmother, and by authorizing the father to take the child to Qatar for visitation. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

_____
DOUGLAS S. LANG
JUSTICE